IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

UNITED STATES OF AMERICA, )
        Plaintiff, )
           )
vs. ) Case No. 08-40046-01-RDR
           )
MICHAEL ANTHONY WASHINGTON, )
        Defendant. )
_____)

## ORDER FOR CONTINUANCE

**NOW** on this 16th day of March, 2011, the above-entitled matter comes before the Court on the motion of counsel for the defendant for an order continuing the final revocation hearing currently scheduled on March 25, 2011 for 120 days. The Court, after reviewing the motion and being fully advised in the premises, finds that there exists good cause for continuing the final revocation hearing, and that the motion should therefore be sustained.

**IT IS THEREFORE ORDERED** that the final revocation hearing be continued. The final revocation hearing is hereby rescheduled to July 22, 2011 at 10:00 a.m.

                s/Richard D. Rogers
                United States District Judge